Certificate Number: 00134-OR-CC-037694720


00134-OR-CC-037694720

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 21, 2023, at 9:17 o'clock AM PDT, Daniel Anthony Eggleton received from Cricket Debt Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Oregon, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   August 21, 2023          By:     /s/Kelly Peccia

                                 Name:   Kelly Peccia

                                 Title:  Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).