Certificate Number: 12433-OR-DE-037767678

Bankruptcy Case Number: 23-31985



12433-OR-DE-037767678

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2023, at 10:45 o'clock AM PDT, Daniel Anthony Eggleton completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date:   September 15, 2023          By:     /s/Lance Brechbill

                                    Name:   Lance Brechbill

                                    Title:  Teacher