OFD (12/1/11) jed

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

September 21, 2023

Clerk, U.S. Bankruptcy Court

BY **jed** DEPUTY

In re
**Daniel Anthony Eggleton**
*Other names used by debtor:* Oregon Bunk and Loft Beds LLC
Debtor(s)

) Case No. **23–31985–thp7**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **9/5/23** has deficiencies.
7 DAYS TO FILE: Each document listed below has deficiencies. You must file document(s) correcting the deficiencies within 7 days of the FILED date of this order.

> **Creditor mailing list required by Federal Rule of Bankruptcy Procedure 1007(a). To correct this deficiency, you must file the following with the court along with the required filing fee: (1) a completed Local Bankruptcy Form 728 and (2) a creditor mailing list with names and addresses for all your creditors. You must also mail a copy of those documents along with a copy of the Notice of Bankruptcy Case (Official Form 309) to all creditors on the list.**
>
> **NOTE: Rivermark Community CU and Stephanie Eggleton creditor's were missing mailing addresses.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court