UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
**Daniel Anthony Eggleton** ) Case No. **23-31985**
)
) NOTICE OF DEBTOR'S
) AMENDMENT OF MAILING MATRIX
Debtor(s) ) OR SCHEDULES D, E, F, G OR H

## I. GENERAL INSTRUCTIONS TO DEBTOR(S):
A. Use this ONLY to amend the mailing matrix or schedules regarding CREDITOR information. Do NOT use for other amendments!
B. An updated, AND FULLY completed, Summary of Schedules (Official Form #B6, **including** page 2 if an individual) required if amending Schedule(s) D, E or F.
C. IF case is CLOSED you MUST FILE: (i) a separate Motion to Reopen, (ii) a Motion filing fee, AND (iii) the amendment fee.

## II. IF FILING ON PAPER, INCLUDE THE FOLLOWING WITH THIS NOTICE:
A. The current FILING FEE for amending these schedules unless you are ONLY amending addresses of entities previously listed on filed Schedules (e.g., a fee is required when filing an amended mailing matrix to include creditors originally listed on a Schedule, but not given notice because you did not also include them on the original mailing matrix).
B. Amendments to ONLY schedules D, E, F, G or H, with EACH labeled "SUPPLEMENTAL". LIST ONLY *AFFECTED* creditors!
C. An updated, AND FULLY completed, Summary of Schedules (Official Form #B6, **including** page 2 if an individual) if amending Schedule(s) D, E or F.
D. A separate mailing matrix filed per Local Form #104. INCLUDE ONLY the name and mailing address of each NEW creditor being ADDED!

**NOTES:** (1) EACH category of amendment MUST be segregated AND clearly TITLED [for example: "New Creditors," "Changing Status" (indicate from what to what, e.g., from secured to unsecured), "Delete Creditors"]. (2) The debtor's name and case number MUST appear in the top of the FRONT of each paper SCHEDULE page, AND at the **TOP 1/2"** of the **BACK** of a paper MATRIX page. (3) Use Local Form #101 IF ONLY CHANGING the ADDRESS of a creditor who is ALREADY LISTED.

## III. SERVICE INSTRUCTIONS:
Serve each affected creditor with BOTH: (1) a copy of this notice, AND (2) a copy of ANY of the following documents already filed in this case and applicable to the chapter of the United States Bankruptcy Code under which this case is currently being administered:
A. **(Applies to ALL chapters)** A Notice of the Meeting of Creditors THAT INCLUDES **ALL NINE** (9) DIGITS of any Soc. Sec. Number; AND each applicable amended schedule.
B. **(Applies to ALL chapters)** A notice to each creditor whose name or address is being modified that BOTH: (1) clearly sets out all changes AND (2) tells the creditor that (s)he may write the court and further change his/her name or address by INCLUDING the debtor's case name AND case number, AND BOTH the newly amended name and address AND the correct information.
C. **(Applies to ALL chapters where BOTH: (1) NEW creditors are being ADDED, AND (2) the time for filing a timely proof of claim or complaint under 11 USC §523(c) or 727 has expired)** A separate notification that adding the creditor may not result in discharge of the debt.
D. **(Applies to ALL chapters where creditors are being DELETED)** A notice to each DELETED creditor that: (1) the creditor is being deleted and, if the creditor wishes to receive further notices, that (s)he must write the court making that specific request, INCLUDING the debtor's name, full case number, AND the creditor's own name and mailing address; AND (2) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.
E. **(Applies only to Chapter 7)** Any order, and any supplemental order, fixing time for filing a proof of claim form.
F. **(Applies only to Chapter 9 or 11)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.
G. **(Applies only to Chapter 9 or 11, and where EITHER: (i) a creditor is being DELETED; (ii) a creditor's claim STATUS is being changed [e.g., nondisputed to disputed]; OR (iii) the AMOUNT of creditor's claim is being REDUCED)** A notice to each affected creditor that a proof of claim must be filed by the later of either (1) 30 days from the service date of this notice, or (2) the latest time fixed by the court.
H. **(Applies only to Chapter 9, 11 or 12)** The Notice of any pending hearing on a proposed disclosure statement, with attachments.
I. **(Applies only to Chapter 9, 11, 12, or 13)** BOTH (1) the Notice of any pending confirmation hearing, and either all related documents required to be sent with that Notice or, in Chapter 13, any proposed plan; AND, if any, (2) the most recent confirmation order, confirmed plan, and approved disclosure statement.
J. **(Applies only to Ch. 11, 12 or 13)** Any Notice of Modification of Plan, including attachments, if time for objections has not expired.

## IV. CERTIFICATE OF COMPLIANCE:
The undersigned, who is the debtor or debtor's attorney, certifies that: (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)], with copies served on any trustee and, except in Chapter 13 cases, the U.S. Trustee.

Dated: **September 22, 2023**      **/s/ Thomas A. McAvity**
                                    Signature
                                    **Thomas A. McAvity  503-232-5303**
                                    Type or Print Signer's Name AND Phone No.
                                    **9301 SE 80th Ave.**
                                    **Portland, OR 97222**
                                    **xxx-xx-8078**
                                    Debtor's Address & Taxpayer ID #(s) (last 4 digits)

728 (8/8/08)

Rivermark Comm. Credit Union
PO Box 4044
Beaverton, OR 97076-4044

Stephanie Eggleton
6024 SE Malden St.
Portland, OR 97206