United States Bankruptcy Court
District of Oregon

In re:  Case No. 23-31985-thp
Daniel Anthony Eggleton  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3      User: Admin.      Page 1 of 1
Date Rcvd: Sep 21, 2023      Form ID: OFD      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel Anthony Eggleton, 9301 SE 80th Ave., Portland, OR 97222-1014 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023      Signature:      /s/Gustava Winters

OFD (12/1/11) jed

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

September 21, 2023

Clerk, U.S. Bankruptcy Court

BY **jed** DEPUTY

In re
**Daniel Anthony Eggleton**
*Other names used by debtor:* Oregon Bunk and Loft Beds LLC
Debtor(s)

) Case No. **23–31985–thp7**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **9/5/23** has deficiencies.
7 DAYS TO FILE: Each document listed below has deficiencies. You must file document(s) correcting the deficiencies within 7 days of the FILED date of this order.

> **Creditor mailing list required by Federal Rule of Bankruptcy Procedure 1007(a). To correct this deficiency, you must file the following with the court along with the required filing fee: (1) a completed Local Bankruptcy Form 728 and (2) a creditor mailing list with names and addresses for all your creditors. You must also mail a copy of those documents along with a copy of the Notice of Bankruptcy Case (Official Form 309) to all creditors on the list.**
>
> **NOTE: Rivermark Community CU and Stephanie Eggleton creditor's were missing mailing addresses.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court